NUMBER 13-05-078-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

ARCTIC SLOPE REGIONAL CORPORATION,                  Appellant,

 

                                           v.

 

E. I.
DU PONT DE NEMOURS AND COMPANY,               Appellee.

___________________________________________________________________

 

                 On appeal from the 357th  District Court

                          of Cameron
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

       Before Chief Justice Valdez
and Justices Castillo and Garza

Memorandum
Opinion Per Curiam

 

Appellants, ARCTIC SLOPE REGIONAL CORPORATION, PUGET PLASTICS CORPORATION, PUGET
PLASTICS CORPORATION S.A. DE C.V., AND UNITED PLASTICS GROUP, INC.,
perfected an appeal from a judgment entered by the 357th
District Court of Cameron County, Texas, in cause number 2004-12-5926-E.  








Appellants, Puget
Plastics Corporation and Puget Plastics Corporation S.A. de C.V., filed a
motion to dismiss their appeal against appellees on May 23, 2005.  On June 16, 2005, appellants= motion to
dismiss  was granted.  The appeal as to these parties was severed
from the original appeal, docketed under cause number 13-05-351-CV, and
dismissed.  

Appellant, United
Plastics Group, Inc., filed a motion to dismiss its appeal against appellees on
June 24, 2005.  On July 7, 2005,
appellant=s motion to dismiss
was granted.  The appeal as to these
parties was severed from the original appeal, docketed under cause number
13-05-396-CV, and dismissed.

Appellant, Arctic
Slope Regional Corporation, has notified this Court that it should not be
listed as an appellant in this matter, that all claims have been resolved, and
the appeal should be dismissed.

The Court, having
considered the documents on file, is of the opinion that there are no remaining
issues in the appeal and the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 1st day of December, 2005.